DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____


TERENCE K. WOLFE,

Appellant,

v.

BENITA McCONICO,

Appellee.


No. 2D2025-0959

_____


March 4, 2026

Appeal from the Circuit Court for Hillsborough County; Frances M. Perrone, Judge.

Terence K. Wolfe, pro se.

Benita McConico, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, MORRIS, and BLACK, JJ., Concur.

_____


Opinion subject to revision prior to official publication.